UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JAMES DEWITT MCINTOSH II,** | **CIVIL ACTION** |
| **VERSUS** | **NO. 23-1375** |
| **TRAVIS DAY, WARDEN** | **SECTION "M" (2)** |

## ORDER

Considering Respondent's *Motion for Extension of Time* (ECF No. 7),

**IT IS ORDERED** that Respondent's motion is **GRANTED** and Respondent shall have an additional twenty-one (21) days, or until July 20, 2023, to produce the state court record and file a response in the above-captioned case.

**IT IS FURTHER ORDERED** that petitioner James Dewitt McIntosh, III, may file a reply memorandum within thirty (30) days after the filing of the answer or response by the Respondent.

New Orleans, Louisiana, this 30th day of June, 2023.

DONNA PHILLIPS CURRAULT
UNITED STATES MAGISTRATE JUDGE