UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

JAMES DEWITT MCINTOSH, II                               CIVIL ACTION

VERSUS                                                  NO. 23-1375

TRAVIS DAY, WARDEN                                      SECTION "M"(2)

**O R D E R**

    This matter is before the Court pursuant to a writ of habeas corpus filed by petitioner, James Dewitt McIntosh, II.  The Court previously ordered that the District Attorney for St. Tammany Parish file with the Court a certified copy of the entire state court record.[1]  At trial, the State introduced State's Exhibit 5, a partial audio/video recording of the December 1, 2015 narcotics transaction.[2]  At the direction of the Louisiana First Circuit Court of Appeal, the State supplemented the record on direct appeal to include the exhibit.[3]  The appellate court reviewed the recording and referred to it in its February 28, 2019 opinion.[4]

    Upon review, the state court record is incomplete and is missing a copy of the audio/video recording.

    Accordingly, **IT IS ORDERED** that, in order to assist the Court in determining the action to be taken on the application, on or before **November 13, 2023**, the District Attorney shall supplement the state court record with a certified copy of the December 1, 2015 recording of the undercover narcotics transaction.  In the event the District Attorney is unable to produce a copy of

---

[1] ECF No. 5.  The State electronically filed the record at ECF Nos. 9, 9-1, 9-2, 9-3, 9-4, 9-5, 9-6, 9-7, 9-8, 9-9, 9-10, 9-11, and 9-12.
[2] ECF No. 9-2 at 76, Trial Tr., 10/25/16.
[3] *See* ECF 9-5 at 51, 1st Cir Order, 2018 KA 0768, 11/29/18; *id.* at 52, Notice of Supplementation of Record, 12/18/18.
[4] *State v. McIntosh*, 275 So. 3d 1, 7 n.1 (La. App. 1st Cir. 2/28/19); ECF No. 9-6 at 29, 1st Cir. Opinion, 2018 KA 0768, 2/28/19.

the recording as ordered, it shall advise the Court in writing as to the reason for noncompliance.

New Orleans, Louisiana, this 12th day of October, 2023.

_____
DONNA PHILLIPS CURRAULT
UNITED STATES MAGISTRATE JUDGE