UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JAMES DEWITT MCINTOSH II,<br>　　PETITIONER | * * * | CIVIL ACTION |
| VERSUS | * * | CASE NO.   23-cv-1375 |
| TRAVIS DAY, WARDEN<br>　　RESPONDENT | * * * * | SECTION "M" (2) |

**NOTICE OF COMPLIANCE WITH COURT ORDER**
**DATED OCTOBER 13, 2023**

MAY IT PLEASE THE COURT:

The Court on October 12, 2023, directed the respondent to supplement the state court record with a certified copy of Trial Exhibit S-5, described as "a partial audio/video recording of the December 1, 2015 narcotics transaction." Rec. Doc. 11.

The respondent now does so. See Exhibit 1 (Notice of Manual Attachment).

The respondent respectfully prays that this pleading and the referenced attachments be deemed sufficient to discharge the obligation imposed by the Court's October 12, 2023 order (Rec. Doc. 11).

Respectfully Submitted,

/s/ Matthew Caplan
Matthew Caplan, #31650
Assistant District Attorney,
  22nd Judicial District
701 Columbia Street
Covington, Louisiana 70433
Tel: (985) 809-8398

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served upon petitioner by mailing a copy, postage pre-paid, to:

James Dewitt McIntosh II, DOC # 582793
Rayburn Correctional Center
27268 Highway 21 N.
Angie, LA 70426
*Petitioner, pro se*

This 13th day of November, 2023, at Covington, Louisiana.

/s/ Matthew Caplan
Matthew Caplan, #31650
Assistant District Attorney