UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JAMES DEWITT MCINTOSH II, * | | CIVIL ACTION |
|     PETITIONER * | | |
| * | | CASE NO.  23-cv-1375 |
| VERSUS * | | |
| * | | |
| TRAVIS DAY, WARDEN * | | SECTION "M" (2) |
|     RESPONDENT * | | |
| * | | |
| * | | |

**NOTICE OF MANUAL ATTACHMENT**

The respondent's Manual Attachment consists (1) a disc containing the December 1, 2015 recording of the undercover narcotics transaction, per the Court's October 12, 2023 order, and (2) a one page document captioned "Affidavit of Custodian of Records" certifying the the authenticity of that disc.