UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

JAMES DEWITT MCINTOSH, II                                CIVIL ACTION

VERSUS                                                   NO. 23-1375

TRAVIS DAY, WARDEN                                       SECTION M (2)

### ORDER

Having considered the complaint, the record, the applicable law, the Report and Recommendation ("R&R") of the United States Magistrate Judge,[1] and the failure of any party to file an objection to the R&R, the Court hereby approves the R&R and adopts it as its opinion in this matter, except that the first sentence of the second paragraph on page 24 of the R&R is modified to read as follows: "For the foregoing reasons, the state courts' decision rejecting his claim was not contrary to, or did not involve an unreasonable application of, clearly established federal law, as determined by the Supreme Court of the United States." Accordingly,

IT IS ORDERED that the petition of James Dewitt McIntosh, II, for issuance of a writ of habeas corpus under 28 U.S.C. § 2254 is DISMISSED WITH PREJUDICE.

New Orleans, Louisiana, this 16th day of January, 2024.

BARRY W. ASHE
UNITED STATES DISTRICT JUDGE

---

[1] R. Doc. 14.