UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JAMES DEWITT MCINTOSH, II | CIVIL ACTION |
| VERSUS | NO. 23-1375 |
| TRAVIS DAY, WARDEN | SECTION M (2) |

## JUDGMENT

Having approved the Report and Recommendation of the United States Magistrate Judge and adopted it as the Court's opinion herein,

**IT IS ORDERED, ADJUDGED, AND DECREED** that there be judgment in favor of respondent, Travis Day, Warden, and against petitioner, James Dewitt McIntosh, II, dismissing with prejudice McIntosh's petition for issuance of a writ of habeas corpus under 28 U.S.C. § 2254.

New Orleans, Louisiana, this 16th day of January, 2024.

_____
BARRY W. ASHE
UNITED STATES DISTRICT JUDGE