UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JAMES DEWITT MCINTOSH, II | CIVIL ACTION |
| VERSUS | NO. 23-1375 |
| TRAVIS DAY, WARDEN | SECTION M (2) |

## CERTIFICATE OF APPEALABILITY

Having separately issued a final order in connection with the captioned habeas corpus proceeding, in which the detention complained of arises out of process issued by a state court, the Court, after considering the record and the requirements of 28 U.S.C. § 2253 and Fed. R. App. P. 22(b), hereby orders that,

_____   a certificate of appealability shall be issued having found that petitioner has made a substantial showing of the denial of a constitutional right related to the following issue(s):

____X____   a certificate of appealability shall not be issued for the following reason(s): An appeal would not be taken in good faith for the reasons stated in the United States Magistrate Judge's Report and Recommendation (R. Doc. 14), which was adopted as the opinion of this Court.

New Orleans, Louisiana, this 16th day of January, 2024.

_____
BARRY W. ASHE
UNITED STATES DISTRICT JUDGE